**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE LEVINGSTON,<br><br>             Plaintiff,<br><br>   v.<br><br>JOHNSON, et al.,<br><br>             Defendants. | Case No. 1:14-cv-00287 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**THIRTY-DAY DEADLINE** |

  Plaintiff Dianne Levingston ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on October 3, 2013.

  On July 31, 2014, the Court screened Plaintiff's complaint and dismissed it with leave to amend. The Court instructed Plaintiff to file an amended complaint within thirty (30) days.

  Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or otherwise contacted the Court.

  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff shall file a response to this order within thirty (30) days of the date of service.

Failure to show cause, or failure to respond to this order, may result in dismissal of this action.


IT IS SO ORDERED.

   Dated:   **September 16, 2014**             /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE